**COMMISSIONER OF INTERNAL REVENUE v. Armais ARUTUNOFF.**

No. 2780.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

L. Karlton Mosteller, of Oklahoma City, Okl., and Campbell, Randolph & Mahin, of Tulsa, Okl., for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Reversed and remanded per stipulation, on authority of Commissioner of Internal Revenue v. Harmon, 65 S.Ct. 103.

**COMMISSIONER OF INTERNAL REVENUE v. C. G. HARMON.**

No. 2744.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

L. Karlton Mosteller, of Oklahoma City, Okl., and Campbell, Randolph & Mahin, of Tulsa, Okl., for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges, and SYMES, District Judge.

PER CURIAM.

Reversed and remanded pursuant to mandate of Supreme Court of the United States, 65 S.Ct. 103.

**COMMISSIONER OF INTERNAL REVENUE v. Thomas A. CREEKMORE.**

No. 2782.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Mr. J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

J. A. Paden, of Tulsa, Okl., for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Reversed and remanded per stipulation, on authority of Commissioner of Internal Revenue v. Harmon, 65 S.Ct. 103.

**COMMISSIONER OF INTERNAL REVENUE v. J. A. LA FORTUNE.**

No. 2781.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

V. M. Kelly, of Tulsa, Okl., for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Reversed and remanded per stipulation, on authority of Commissioner of Internal Revenue v. Harmon, 65 S.Ct. 103.